# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Tonya J. Shaver,

    Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                                   3:06cv395

Jo Anne B. Barnhart,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/9/2009 Order.

Signed: July 10, 2009

Frank G. Johns, Clerk
United States District Court